**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Anita Butler a/k/a Anita Singleton          CHAPTER 13
                  Debtor(s)

                                                                                            BKY. NO. 22-12926 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
18 Nov 2022, 17:02:20, EST

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322