Certificate Number: 03088-PAE-DE-037095074

Bankruptcy Case Number: 22-12926



03088-PAE-DE-037095074

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 9, 2023, at 4:42 o'clock PM CST, Anita Butler completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 9, 2023           By:   /s/Lorenza Rodriguez for Doug Tonne

                                  Name: Doug Tonne

                                  Title: Counselor