

Trustees of University of Pennsylvania    3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Glenn Butler    5237 Walton Ave Philadelphia, PA 19143-2607

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Glenn Butler | Trustees of University of Pennsylvania | 00020995 | 12/19/2022 | 12/25/2022 | 12/30/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,024.13 | 44.61 | 224.04 | 53.63 | 701.85 |
| YTD | 51,486.73 | 2,268.76 | 11,203.02 | 3,566.16 | 34,448.79 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Credits | 12/19/2022 - 12/25/2022 | 0 | 0 | 3.33 | 170.82 |
| Floating Holiday | | | 0 | | 200.96 |
| Funeral Leave | | | 0 | | 496.00 |
| Holiday | 12/19/2022 - 12/25/2022 | 8 | 25.12 | 200.96 | 2,180.48 |
| Overtime @ 2 Times Rate | | | 0 | | 1,414.24 |
| Overtime Base of 1.5x | | | 0 | | 2,423.92 |
| Overtime Premium - 0.5x | | | 0 | | 1,234.70 |
| Personal Leave | | | 0 | | 602.88 |
| Regular Weekly Pay | 12/19/2022 - 12/25/2022 | 24 | 25.12 | 602.88 | |
| Regular Weekly Pay | 12/19/2022 - 12/25/2022 | 8 | 27.12 | 216.96 | 37,284.99 |
| Shift Diff @ 10% of Rate | | | 0 | | 55.98 |
| Sick Leave | | | 0 | | 2,090.88 |
| Vacation Leave | | | 0 | | 3,330.88 |
| Earnings | | | | 1,024.13 | 51,486.73 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 60.73 | 3,051.51 |
| Medicare | 14.20 | 713.66 |
| Federal Withholding | 79.64 | 3,935.13 |
| State Tax - PA | 30.07 | 1,510.98 |
| SUI-Employee Paid - PA | 0.59 | 29.53 |
| City Tax - PHILA | 38.81 | 1,962.21 |
| Employee Taxes | 224.04 | 11,203.02 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Penn PFP | 18.02 | 915.98 |
| Medical IBC HMO Keystone | 24.23 | 1,230.06 |
| Vision Davis | 2.36 | 122.72 |
| Pre Tax Deductions | 44.61 | 2,268.76 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Insurance | 0.37 | 19.24 |
| Local 115 AFLAC | 48.03 | 2,497.56 |
| Pol Action BU07-Local 115 | 1.50 | 78.00 |
| Supplemental Life Insurance | 3.73 | 191.36 |
| Union 7 | | 780.00 |
| Post Tax Deductions | 53.63 | 3,566.16 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 0.27 | 13.78 |
| Dental Penn PFP | 9.74 | 506.48 |
| Employer Retirement Basic | 40.84 | 1,847.82 |
| Medical IBC HMO Keystone | 132.98 | 6,756.10 |
| Employer Paid Benefits | 183.83 | 9,124.18 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 979.52 | 49,217.97 |
| Medicare - Taxable Wages | 979.52 | 49,217.97 |
| Federal Withholding - Taxable Wages | 979.52 | 49,217.97 |
| State Tax Taxable Wages - PA | 979.52 | 49,217.97 |
| City Tax Taxable Wages - PHILA | 1,024.13 | 51,486.73 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Local 115 Personal | 0 | 0 | 0 |
| Local 115 Sick Time | 0 | 0 | 0.68 |
| Local 115 Vacation | 0 | 0 | 9.18 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Upenn Credit Union | Direct Deposit | ******6014 | | 701.85 | USD |



Trustees of University of Pennsylvania    3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Glenn Butler    5237 Walton Ave Philadelphia, PA 19143-2607

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Glenn Butler | Trustees of University of Pennsylvania | 00020995 | 12/12/2022 | 12/18/2022 | 12/23/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,424.05 | 44.61 | 330.29 | 53.63 | 995.52 |
| YTD | 50,462.60 | 2,224.15 | 10,978.98 | 3,512.53 | 33,746.94 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Credits | 12/12/2022 - 12/18/2022 | 0 | 0 | 3.33 | 167.49 |
| Floating Holiday | | | 0 | | 200.96 |
| Funeral Leave | | | 0 | | 496.00 |
| Holiday | | | 0 | | 1,979.52 |
| Overtime @ 2 Times Rate | 12/12/2022 - 12/18/2022 | 8 | 25.12 | 401.92 | 1,414.24 |
| Overtime Base of 1.5x | | | 0 | | 2,423.92 |
| Overtime Premium - 0.5x | | | 0 | | 1,234.70 |
| Personal Leave | 12/12/2022 - 12/18/2022 | 8 | 25.12 | 200.96 | 602.88 |
| Regular Weekly Pay | 12/12/2022 - 12/18/2022 | 21 | 25.12 | 527.52 | |
| Regular Weekly Pay | 12/12/2022 - 12/18/2022 | 7 | 27.12 | 189.84 | 36,465.15 |
| Shift Diff @ 10% of Rate | | | 0 | | 55.98 |
| Sick Leave | 12/12/2022 - 12/18/2022 | 4 | 25.12 | 100.48 | 2,090.88 |
| Vacation Leave | | | 0 | | 3,330.88 |
| Earnings | | | | 1,424.05 | 50,462.60 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 85.52 | 2,990.78 |
| Medicare | 20.00 | 699.46 |
| Federal Withholding | 127.63 | 3,855.49 |
| State Tax - PA | 42.35 | 1,480.91 |
| SUI-Employee Paid - PA | 0.82 | 28.94 |
| City Tax - PHILA | 53.97 | 1,923.40 |
| Employee Taxes | 330.29 | 10,978.98 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Penn PFP | 18.02 | 897.96 |
| Medical IBC HMO Keystone | 24.23 | 1,205.83 |
| Vision Davis | 2.36 | 120.36 |
| Pre Tax Deductions | 44.61 | 2,224.15 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Insurance | 0.37 | 18.87 |
| Local 115 AFLAC | 48.03 | 2,449.53 |
| Pol Action BU07-Local 115 | 1.50 | 76.50 |
| Supplemental Life Insurance | 3.73 | 187.63 |
| Union 7 | | 780.00 |
| Post Tax Deductions | 53.63 | 3,512.53 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 0.27 | 13.51 |
| Dental Penn PFP | 9.74 | 496.74 |
| Employer Retirement Basic | 40.76 | 1,806.98 |
| Medical IBC HMO Keystone | 132.98 | 6,623.12 |
| Employer Paid Benefits | 183.75 | 8,940.35 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,379.44 | 48,238.45 |
| Medicare - Taxable Wages | 1,379.44 | 48,238.45 |
| Federal Withholding - Taxable Wages | 1,379.44 | 48,238.45 |
| State Tax Taxable Wages - PA | 1,379.44 | 48,238.45 |
| City Tax Taxable Wages - PHILA | 1,424.05 | 50,462.60 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Local 115 Personal | 0 | 8 | 0 |
| Local 115 Sick Time | 0 | 4 | 0.68 |
| Local 115 Vacation | 0 | 0 | 9.18 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Upenn Credit Union | Direct Deposit | ******6014 | | 995.52 | USD |



Trustees of University of Pennsylvania  3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Glenn Butler  5237 Walton Ave Philadelphia, PA 19143-2607

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Glenn Butler | Trustees of University of Pennsylvania | 00020995 | 12/05/2022 | 12/11/2022 | 12/16/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,030.13 | 44.61 | 225.65 | 128.63 | 631.24 |
| YTD | 49,038.55 | 2,179.54 | 10,648.69 | 3,458.90 | 32,751.42 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Credits | 12/05/2022 - 12/11/2022 | 0 | 0 | 3.33 | 164.16 |
| Floating Holiday | | | 0 | | 200.96 |
| Funeral Leave | | | 0 | | 496.00 |
| Holiday | | | 0 | | 1,979.52 |
| Overtime @ 2 Times Rate | | | 0 | | 1,012.32 |
| Overtime Base of 1.5x | | | 0 | | 2,423.92 |
| Overtime Premium - 0.5x | | | 0 | | 1,234.70 |
| Personal Leave | | | 0 | | 401.92 |
| Regular Weekly Pay | 12/05/2022 - 12/11/2022 | 25 | 25.12 | 628.00 | |
| Regular Weekly Pay | 12/05/2022 - 12/11/2022 | 11 | 27.12 | 298.32 | 35,747.79 |
| Shift Diff @ 10% of Rate | | | 0 | | 55.98 |
| Sick Leave | 12/05/2022 - 12/11/2022 | 4 | 25.12 | 100.48 | 1,990.40 |
| Vacation Leave | | | 0 | | 3,330.88 |
| Earnings | | | | 1,030.13 | 49,038.55 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 61.10 | 2,905.26 |
| Medicare | 14.29 | 679.46 |
| Federal Withholding | 80.36 | 3,727.86 |
| State Tax - PA | 30.26 | 1,438.56 |
| SUI-Employee Paid - PA | 0.60 | 28.12 |
| City Tax - PHILA | 39.04 | 1,869.43 |
| Employee Taxes | 225.65 | 10,648.69 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Penn PFP | 18.02 | 879.94 |
| Medical IBC HMO Keystone | 24.23 | 1,181.60 |
| Vision Davis | 2.36 | 118.00 |
| Pre Tax Deductions | 44.61 | 2,179.54 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Insurance | 0.37 | 18.50 |
| Local 115 AFLAC | 48.03 | 2,401.50 |
| Pol Action BU07-Local 115 | 1.50 | 75.00 |
| Supplemental Life Insurance | 3.73 | 183.90 |
| Union 7 | 75.00 | 780.00 |
| Post Tax Deductions | 128.63 | 3,458.90 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 0.27 | 13.24 |
| Dental Penn PFP | 9.74 | 487.00 |
| Employer Retirement Basic | 41.08 | 1,766.22 |
| Medical IBC HMO Keystone | 132.98 | 6,490.14 |
| Employer Paid Benefits | 184.07 | 8,756.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 985.52 | 46,859.01 |
| Medicare - Taxable Wages | 985.52 | 46,859.01 |
| Federal Withholding - Taxable Wages | 985.52 | 46,859.01 |
| State Tax Taxable Wages - PA | 985.52 | 46,859.01 |
| City Tax Taxable Wages - PHILA | 1,030.13 | 49,038.55 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Local 115 Personal | 0 | 0 | 8 |
| Local 115 Sick Time | 0 | 4 | 4.68 |
| Local 115 Vacation | 0 | 0 | 9.18 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Upenn Credit Union | Direct Deposit | ******6014 | | 631.24 | USD |



Trustees of University of Pennsylvania  3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Glenn Butler  5237 Walton Ave Philadelphia, PA 19143-2607

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Glenn Butler | Trustees of University of Pennsylvania | 00020995 | 11/28/2022 | 12/04/2022 | 12/09/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,034.13 | 44.61 | 226.70 | 53.63 | 709.19 |
| YTD | 48,008.42 | 2,134.93 | 10,423.04 | 3,330.27 | 32,120.18 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Credits | 11/28/2022 - 12/04/2022 | 0 | 0 | 3.33 | 160.83 |
| Floating Holiday | | | 0 | | 200.96 |
| Funeral Leave | | | 0 | | 496.00 |
| Holiday | | | 0 | | 1,979.52 |
| Overtime @ 2 Times Rate | | | 0 | | 1,012.32 |
| Overtime Base of 1.5x | | | 0 | | 2,423.92 |
| Overtime Premium - 0.5x | | | 0 | | 1,234.70 |
| Personal Leave | | | 0 | | 401.92 |
| Regular Weekly Pay | 11/28/2022 - 12/04/2022 | 27 | 25.12 | 678.24 | |
| Regular Weekly Pay | 11/28/2022 - 12/04/2022 | 13 | 27.12 | 352.56 | 34,821.47 |
| Shift Diff @ 10% of Rate | | | 0 | | 55.98 |
| Sick Leave | | | 0 | | 1,889.92 |
| Vacation Leave | | | 0 | | 3,330.88 |
| Earnings | | | | 1,034.13 | 48,008.42 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 61.35 | 2,844.16 |
| Medicare | 14.35 | 665.17 |
| Federal Withholding | 80.84 | 3,647.50 |
| State Tax - PA | 30.38 | 1,408.30 |
| SUI-Employee Paid - PA | 0.59 | 27.52 |
| City Tax - PHILA | 39.19 | 1,830.39 |
| Employee Taxes | 226.70 | 10,423.04 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Penn PFP | 18.02 | 861.92 |
| Medical IBC HMO Keystone | 24.23 | 1,157.37 |
| Vision Davis | 2.36 | 115.64 |
| Pre Tax Deductions | 44.61 | 2,134.93 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Insurance | 0.37 | 18.13 |
| Local 115 AFLAC | 48.03 | 2,353.47 |
| Pol Action BU07-Local 115 | 1.50 | 73.50 |
| Supplemental Life Insurance | 3.73 | 180.17 |
| Union 7 | | 705.00 |
| Post Tax Deductions | 53.63 | 3,330.27 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 0.27 | 12.97 |
| Dental Penn PFP | 9.74 | 477.26 |
| Employer Retirement Basic | 41.24 | 1,725.14 |
| Medical IBC HMO Keystone | 132.98 | 6,357.16 |
| Employer Paid Benefits | 184.23 | 8,572.53 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 989.52 | 45,873.49 |
| Medicare - Taxable Wages | 989.52 | 45,873.49 |
| Federal Withholding - Taxable Wages | 989.52 | 45,873.49 |
| State Tax Taxable Wages - PA | 989.52 | 45,873.49 |
| City Tax Taxable Wages - PHILA | 1,034.13 | 48,008.42 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Local 115 Personal | 0 | 0 | 8 |
| Local 115 Sick Time | 8 | 0 | 8.68 |
| Local 115 Vacation | 0 | 0 | 9.18 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Upenn Credit Union | Direct Deposit | ******6014 | | 709.19 | USD |



Trustees of University of Pennsylvania   3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Glenn Butler   5237 Walton Ave Philadelphia, PA 19143-2607

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Glenn Butler | Trustees of University of Pennsylvania | 00020995 | 11/21/2022 | 11/27/2022 | 12/02/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,022.13 | 44.61 | 223.53 | 53.63 | 700.36 |
| YTD | 46,974.29 | 2,090.32 | 10,196.34 | 3,276.64 | 31,410.99 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Credits | 11/21/2022 - 11/27/2022 | 0 | 0 | 3.33 | 157.50 |
| Floating Holiday | | | 0 | | 200.96 |
| Funeral Leave | | | 0 | | 496.00 |
| Holiday | 11/21/2022 - 11/27/2022 | 16 | 25.12 | 401.92 | 1,979.52 |
| Overtime @ 2 Times Rate | | | 0 | | 1,012.32 |
| Overtime Base of 1.5x | | | 0 | | 2,423.92 |
| Overtime Premium - 0.5x | | | 0 | | 1,234.70 |
| Personal Leave | | | 0 | | 401.92 |
| Regular Weekly Pay | 11/21/2022 - 11/27/2022 | 17 | 25.12 | 427.04 | |
| Regular Weekly Pay | 11/21/2022 - 11/27/2022 | 7 | 27.12 | 189.84 | 33,790.67 |
| Shift Diff @ 10% of Rate | | | 0 | | 55.98 |
| Sick Leave | | | 0 | | 1,889.92 |
| Vacation Leave | | | 0 | | 3,330.88 |
| Earnings | | | | 1,022.13 | 46,974.29 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 60.61 | 2,782.81 |
| Medicare | 14.18 | 650.82 |
| Federal Withholding | 79.40 | 3,566.66 |
| State Tax - PA | 30.01 | 1,377.92 |
| SUI-Employee Paid - PA | 0.59 | 26.93 |
| City Tax - PHILA | 38.74 | 1,791.20 |
| Employee Taxes | 223.53 | 10,196.34 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Penn PFP | 18.02 | 843.90 |
| Medical IBC HMO Keystone | 24.23 | 1,133.14 |
| Vision Davis | 2.36 | 113.28 |
| Pre Tax Deductions | 44.61 | 2,090.32 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Insurance | 0.37 | 17.76 |
| Local 115 AFLAC | 48.03 | 2,305.44 |
| Pol Action BU07-Local 115 | 1.50 | 72.00 |
| Supplemental Life Insurance | 3.73 | 176.44 |
| Union 7 | | 705.00 |
| Post Tax Deductions | 53.63 | 3,276.64 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 0.27 | 12.70 |
| Dental Penn PFP | 9.74 | 467.52 |
| Employer Retirement Basic | 40.76 | 1,683.90 |
| Medical IBC HMO Keystone | 132.98 | 6,224.18 |
| Employer Paid Benefits | 183.75 | 8,388.30 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 977.52 | 44,883.97 |
| Medicare - Taxable Wages | 977.52 | 44,883.97 |
| Federal Withholding - Taxable Wages | 977.52 | 44,883.97 |
| State Tax Taxable Wages - PA | 977.52 | 44,883.97 |
| City Tax Taxable Wages - PHILA | 1,022.13 | 46,974.29 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Local 115 Personal | 0 | 0 | 8 |
| Local 115 Sick Time | 0 | 0 | 0.68 |
| Local 115 Vacation | 0 | 0 | 9.18 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Upenn Credit Union | Direct Deposit | ******6014 | | 700.36 | USD |



Trustees of University of Pennsylvania    3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Glenn Butler    5237 Walton Ave Philadelphia, PA 19143-2607

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Glenn Butler | Trustees of University of Pennsylvania | 00020995 | 11/14/2022 | 11/20/2022 | 11/25/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,028.13 | 44.61 | 225.11 | 53.63 | 704.78 |
| YTD | 45,952.16 | 2,045.71 | 9,972.81 | 3,223.01 | 30,710.63 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Credits | 11/14/2022 - 11/20/2022 | 0 | 0 | 3.33 | 154.17 |
| Floating Holiday | | | 0 | | 200.96 |
| Funeral Leave | | | 0 | | 496.00 |
| Holiday | | | 0 | | 1,577.60 |
| Overtime @ 2 Times Rate | | | 0 | | 1,012.32 |
| Overtime Base of 1.5x | | | 0 | | 2,423.92 |
| Overtime Premium - 0.5x | | | 0 | | 1,234.70 |
| Personal Leave | | | 0 | | 401.92 |
| Regular Weekly Pay | 11/14/2022 - 11/20/2022 | 30 | 25.12 | 753.60 | |
| Regular Weekly Pay | 11/14/2022 - 11/20/2022 | 10 | 27.12 | 271.20 | 33,173.79 |
| Shift Diff @ 10% of Rate | | | 0 | | 55.98 |
| Sick Leave | | | 0 | | 1,889.92 |
| Vacation Leave | | | 0 | | 3,330.88 |
| Earnings | | | | 1,028.13 | 45,952.16 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 60.98 | 2,722.20 |
| Medicare | 14.26 | 636.64 |
| Federal Withholding | 80.12 | 3,487.26 |
| State Tax - PA | 30.19 | 1,347.91 |
| SUI-Employee Paid - PA | 0.59 | 26.34 |
| City Tax - PHILA | 38.97 | 1,752.46 |
| Employee Taxes | 225.11 | 9,972.81 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Penn PFP | 18.02 | 825.88 |
| Medical IBC HMO Keystone | 24.23 | 1,108.91 |
| Vision Davis | 2.36 | 110.92 |
| Pre Tax Deductions | 44.61 | 2,045.71 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Insurance | 0.37 | 17.39 |
| Local 115 AFLAC | 48.03 | 2,257.41 |
| Pol Action BU07-Local 115 | 1.50 | 70.50 |
| Supplemental Life Insurance | 3.73 | 172.71 |
| Union 7 | | 705.00 |
| Post Tax Deductions | 53.63 | 3,223.01 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 0.27 | 12.43 |
| Dental Penn PFP | 9.74 | 457.78 |
| Employer Retirement Basic | 41.00 | 1,643.14 |
| Medical IBC HMO Keystone | 132.98 | 6,091.20 |
| Employer Paid Benefits | 183.99 | 8,204.55 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 983.52 | 43,906.45 |
| Medicare - Taxable Wages | 983.52 | 43,906.45 |
| Federal Withholding - Taxable Wages | 983.52 | 43,906.45 |
| State Tax Taxable Wages - PA | 983.52 | 43,906.45 |
| City Tax Taxable Wages - PHILA | 1,028.13 | 45,952.16 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Local 115 Personal | 0 | 0 | 8 |
| Local 115 Sick Time | 0 | 0 | 0.68 |
| Local 115 Vacation | 0 | 0 | 9.18 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Upenn Credit Union | Direct Deposit | ******6014 | | 704.78 | USD |



Trustees of University of Pennsylvania    3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Glenn Butler    5237 Walton Ave Philadelphia, PA 19143-2607

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Glenn Butler | Trustees of University of Pennsylvania | 00020995 | 11/07/2022 | 11/13/2022 | 11/18/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,198.68 | 44.61 | 270.41 | 128.63 | 755.03 |
| YTD | 44,924.03 | 2,001.10 | 9,747.70 | 3,169.38 | 30,005.85 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Credits | 11/07/2022 - 11/13/2022 | 0 | 0 | 3.33 | 150.84 |
| Floating Holiday | | | 0 | | 200.96 |
| Funeral Leave | | | 0 | | 496.00 |
| Holiday | | | 0 | | 1,577.60 |
| Overtime @ 2 Times Rate | | | 0 | | 1,012.32 |
| Overtime Base of 1.5x | 11/07/2022 - 11/13/2022 | 4.5 | 25.12 | 113.04 | 2,423.92 |
| Overtime Premium - 0.5x | 11/07/2022 - 11/13/2022 | 4.5 | 12.78 | 57.51 | 1,234.70 |
| Personal Leave | | | 0 | | 401.92 |
| Regular Weekly Pay | 11/07/2022 - 11/13/2022 | 30 | 25.12 | 753.60 | |
| Regular Weekly Pay | 11/07/2022 - 11/13/2022 | 10 | 27.12 | 271.20 | 32,148.99 |
| Shift Diff @ 10% of Rate | | | 0 | | 55.98 |
| Sick Leave | | | 0 | | 1,889.92 |
| Vacation Leave | | | 0 | | 3,330.88 |
| Earnings | | | | 1,198.68 | 44,924.03 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 71.55 | 2,661.22 |
| Medicare | 16.73 | 622.38 |
| Federal Withholding | 100.58 | 3,407.14 |
| State Tax - PA | 35.43 | 1,317.72 |
| SUI-Employee Paid - PA | 0.69 | 25.75 |
| City Tax - PHILA | 45.43 | 1,713.49 |
| Employee Taxes | 270.41 | 9,747.70 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Penn PFP | 18.02 | 807.86 |
| Medical IBC HMO Keystone | 24.23 | 1,084.68 |
| Vision Davis | 2.36 | 108.56 |
| Pre Tax Deductions | 44.61 | 2,001.10 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Insurance | 0.37 | 17.02 |
| Local 115 AFLAC | 48.03 | 2,209.38 |
| Pol Action BU07-Local 115 | 1.50 | 69.00 |
| Supplemental Life Insurance | 3.73 | 168.98 |
| Union 7 | 75.00 | 705.00 |
| Post Tax Deductions | 128.63 | 3,169.38 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 0.27 | 12.16 |
| Dental Penn PFP | 9.74 | 448.04 |
| Employer Retirement Basic | 41.00 | 1,602.14 |
| Medical IBC HMO Keystone | 132.98 | 5,958.22 |
| Employer Paid Benefits | 183.99 | 8,020.56 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,154.07 | 42,922.93 |
| Medicare - Taxable Wages | 1,154.07 | 42,922.93 |
| Federal Withholding - Taxable Wages | 1,154.07 | 42,922.93 |
| State Tax Taxable Wages - PA | 1,154.07 | 42,922.93 |
| City Tax Taxable Wages - PHILA | 1,198.68 | 44,924.03 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Local 115 Personal | 0 | 0 | 8 |
| Local 115 Sick Time | 0 | 0 | 0.68 |
| Local 115 Vacation | 0 | 0 | 9.18 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Upenn Credit Union | Direct Deposit | ******6014 | | 755.03    USD |



Trustees of University of Pennsylvania    3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Glenn Butler    5237 Walton Ave Philadelphia, PA 19143-2607

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Glenn Butler | Trustees of University of Pennsylvania | 00020995 | 10/31/2022 | 11/06/2022 | 11/10/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,020.13 | 44.61 | 222.98 | 53.63 | 698.91 |
| YTD | 43,725.35 | 1,956.49 | 9,477.29 | 3,040.75 | 29,250.82 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Flex Credits | 10/31/2022 - 11/06/2022 | 0 | 0 | 3.33 | 147.51 | OASDI | 60.48 | 2,589.67 |
| Floating Holiday | | | 0 | | 200.96 | Medicare | 14.15 | 605.65 |
| Funeral Leave | | | 0 | | 496.00 | Federal Withholding | 79.16 | 3,306.56 |
| Holiday | | | 0 | | 1,577.60 | State Tax - PA | 29.95 | 1,282.29 |
| Overtime @ 2 Times Rate | | | 0 | | 1,012.32 | SUI-Employee Paid - PA | 0.58 | 25.06 |
| Overtime Base of 1.5x | | | 0 | | 2,310.88 | City Tax - PHILA | 38.66 | 1,668.06 |
| Overtime Premium - 0.5x | | | 0 | | 1,177.19 | | | |
| Personal Leave | | | 0 | | 401.92 | | | |
| Regular Weekly Pay | 10/31/2022 - 11/06/2022 | 18 | 25.12 | 452.16 | | | | |
| Regular Weekly Pay | 10/31/2022 - 11/06/2022 | 6 | 27.12 | 162.72 | 31,124.19 | | | |
| Shift Diff @ 10% of Rate | | | 0 | | 55.98 | | | |
| Sick Leave | 10/31/2022 - 11/06/2022 | 8 | 25.12 | 200.96 | 1,889.92 | | | |
| Vacation Leave | 10/31/2022 - 11/06/2022 | 8 | 25.12 | 200.96 | 3,330.88 | | | |
| Earnings | | | | 1,020.13 | 43,725.35 | Employee Taxes | 222.98 | 9,477.29 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Penn PFP | 18.02 | 789.84 | Dependent Life Insurance | 0.37 | 16.65 |
| Medical IBC HMO Keystone | 24.23 | 1,060.45 | Local 115 AFLAC | 48.03 | 2,161.35 |
| Vision Davis | 2.36 | 106.20 | Pol Action BU07-Local 115 | 1.50 | 67.50 |
| | | | Supplemental Life Insurance | 3.73 | 165.25 |
| | | | Union 7 | | 630.00 |
| Pre Tax Deductions | 44.61 | 1,956.49 | Post Tax Deductions | 53.63 | 3,040.75 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Basic Life Insurance Employer | 0.27 | 11.89 | OASDI - Taxable Wages | 975.52 | 41,768.86 |
| Dental Penn PFP | 9.74 | 438.30 | Medicare - Taxable Wages | 975.52 | 41,768.86 |
| Employer Retirement Basic | 40.68 | 1,561.14 | Federal Withholding - Taxable Wages | 975.52 | 41,768.86 |
| Medical IBC HMO Keystone | 132.98 | 5,825.24 | State Tax Taxable Wages - PA | 975.52 | 41,768.86 |
| Employer Paid Benefits | 183.67 | 7,836.57 | City Tax Taxable Wages - PHILA | 1,020.13 | 43,725.35 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Reduced | Available |
| Marital Status | Married | | Local 115 Personal | 0 | 0 | 8 |
| Allowances | 0 | 0 | Local 115 Sick Time | 8 | 8 | 0.68 |
| Additional Withholding | 0 | 0 | Local 115 Vacation | 0 | 8 | 9.18 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Upenn Credit Union | Direct Deposit | ******6014 | | 698.91    USD |



Trustees of University of Pennsylvania   3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Glenn Butler   5237 Walton Ave Philadelphia, PA 19143-2607

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Glenn Butler | Trustees of University of Pennsylvania | 00020995 | 10/24/2022 | 10/30/2022 | 11/04/2022 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,024.13 | 44.61 | 224.04 | 53.63 | 701.85 |
| YTD | 42,705.22 | 1,911.88 | 9,254.31 | 2,987.12 | 28,551.91 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Flex Credits | 10/24/2022 - 10/30/2022 | 0 | 0 | 3.33 | 144.18 |
| Floating Holiday | | | 0 | | 200.96 |
| Funeral Leave | | | 0 | | 496.00 |
| Holiday | | | 0 | | 1,577.60 |
| Overtime @ 2 Times Rate | | | 0 | | 1,012.32 |
| Overtime Base of 1.5x | | | 0 | | 2,310.88 |
| Overtime Premium - 0.5x | | | 0 | | 1,177.19 |
| Personal Leave | | | 0 | | 401.92 |
| Regular Weekly Pay | 10/24/2022 - 10/30/2022 | 24 | 25.12 | 602.88 | |
| Regular Weekly Pay | 10/24/2022 - 10/30/2022 | 8 | 27.12 | 216.96 | 30,509.31 |
| Shift Diff @ 10% of Rate | | | 0 | | 55.98 |
| Sick Leave | | | 0 | | 1,688.96 |
| Vacation Leave | 10/24/2022 - 10/30/2022 | 8 | 25.12 | 200.96 | 3,129.92 |
| Earnings | | | | 1,024.13 | 42,705.22 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 60.73 | 2,529.19 |
| Medicare | 14.20 | 591.50 |
| Federal Withholding | 79.64 | 3,227.40 |
| State Tax - PA | 30.07 | 1,252.34 |
| SUI-Employee Paid - PA | 0.59 | 24.48 |
| City Tax - PHILA | 38.81 | 1,629.40 |
| Employee Taxes | 224.04 | 9,254.31 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Penn PFP | 18.02 | 771.82 |
| Medical IBC HMO Keystone | 24.23 | 1,036.22 |
| Vision Davis | 2.36 | 103.84 |
| Pre Tax Deductions | 44.61 | 1,911.88 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Insurance | 0.37 | 16.28 |
| Local 115 AFLAC | 48.03 | 2,113.32 |
| Pol Action BU07-Local 115 | 1.50 | 66.00 |
| Supplemental Life Insurance | 3.73 | 161.52 |
| Union 7 | | 630.00 |
| Post Tax Deductions | 53.63 | 2,987.12 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 0.27 | 11.62 |
| Dental Penn PFP | 9.74 | 428.56 |
| Employer Retirement Basic | 40.84 | 1,520.46 |
| Medical IBC HMO Keystone | 132.98 | 5,692.26 |
| Employer Paid Benefits | 183.83 | 7,652.90 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 979.52 | 40,793.34 |
| Medicare - Taxable Wages | 979.52 | 40,793.34 |
| Federal Withholding - Taxable Wages | 979.52 | 40,793.34 |
| State Tax Taxable Wages - PA | 979.52 | 40,793.34 |
| City Tax Taxable Wages - PHILA | 1,024.13 | 42,705.22 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Local 115 Personal | 0 | 0 | 8 |
| Local 115 Sick Time | 0 | 0 | 0.68 |
| Local 115 Vacation | 0 | 8 | 17.18 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Upenn Credit Union | Direct Deposit | ******6014 | | 701.85 | USD |