United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12926-mdc |
| Anita Butler | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 05, 2023 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anita Butler, 5237 Walton Street, Philadelphia, PA 19143-2607 |
| 14732411 | + | Commonwealth of Pennsylvania, P.O. Box 1259, Department 114164, Oaks, PA 19456-1259 |
| 14737310 | + | LAKEVIEW LOAN SERVICING, LLC, c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |
| 14732420 | + | Mercy Diagnosti, 24700 Chagrin Blvd, Cleveland, OH 44122-5647 |
| 14732427 | + | Shaminah Singleton, 5317 Walton Avenue, Philadelphia, PA 19143-2609 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 06 2023 02:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14732407 | + | Email/Text: EBNProcessing@afni.com | Sep 06 2023 02:49:00 | Afni, Inc., P.O. Box 3097, Bloomington, IL 61702-3097 |
| 14732408 | + | Email/Text: bankruptcy@sccompanies.com | Sep 06 2023 02:50:00 | Ashro, 1515 S 21st St, Clinton, IA 52732-6676 |
| 14732409 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2023 02:50:56 | Capital One Bank USA, 15000 Capital One Dr, Richmond, VA 23238 |
| 14749943 | | Email/Text: megan.harper@phila.gov | Sep 06 2023 02:50:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14777802 | | Email/Text: megan.harper@phila.gov | Sep 06 2023 02:50:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14732410 | + | Email/Text: clientservices@credit-control.com | Sep 06 2023 02:49:00 | Central Loan Admin, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14732412 | + | Email/Text: bankruptcy@sccompanies.com | Sep 06 2023 02:49:00 | Dr Leonards/carol Wrig, Po Box 2845, Monroe, WI 53566-8045 |
| 14732413 | + | Email/Text: rj@ffcc.com | Sep 06 2023 02:49:00 | First Federal Credit C, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 14733216 | + | Email/Text: rj@ffcc.com | Sep 06 2023 02:49:00 | First Federal Credit Control, 24700 Chargin Blvd, Cleveland, OH 44122-2470 |
| 14732416 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 06 2023 02:50:56 | First Premier Bank, 3820 N Louise Ave, Sioux |

Case 22-12926-mdc   Doc 53   Filed 09/07/23   Entered 09/08/23 00:32:19   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Falls, SD 57107-0145 |
| 14732417 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 06 2023 02:49:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14732418 | ^ | MEBN | Sep 06 2023 02:46:43 | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14737189 | ^ | MEBN | Sep 06 2023 02:46:43 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14742367 | ^ | MEBN | Sep 06 2023 02:46:43 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14732423 | + | Email/Text: bankruptcy@sccompanies.com | Sep 06 2023 02:50:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14733070 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2023 02:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14732424 | ^ | MEBN | Sep 06 2023 02:46:43 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 14746359 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 06 2023 02:49:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14732425 | + | Email/Text: bankruptcy@sccompanies.com | Sep 06 2023 02:50:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14732428 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 06 2023 02:50:56 | Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 14732429 | + | Email/Text: megan.harper@phila.gov | Sep 06 2023 02:50:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14732414 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5630, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 14732415 | *P++ | FIRST FEDERAL CREDIT CONTROL INC, 24700 CHAGRIN BLVD, SUITE 205, BEACHWOOD OH 44122-5630, address filed with court:, First Federal Credit C, 24700 Chagrin Blvd, Cleveland, OH 44122 |
| 14732421 | *+ | Mercy Diagnosti, 24700 Chagrin Blvd, Cleveland, OH 44122-5647 |
| 14732422 | *+ | Mercy Diagnosti, 24700 Chagrin Blvd, Cleveland, OH 44122-5647 |
| 14732426 | *+ | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14732430 | *+ | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14732431 | *+ | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14732432 | *+ | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14732433 | *+ | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14732434 | *+ | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14732435 | *+ | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14732419 | ##+ | Merchant Credit Guide, 223 W Jackson Blvd., Ste 4, Chicago, IL 60606-6914 |

TOTAL: 0 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 05, 2023 | Form ID: pdf900 | Total Noticed: 27 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed below:**

**Name**                **Email Address**

BRAD J. SADEK
    on behalf of Debtor Anita Butler brad@sadeklaw.com
    bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| ANITA BUTLER | |
| Debtor | Bankruptcy No. 22-12926-MDC |

# O R D E R

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date 08/29/2023

_____
Chief Judge Honorable Magdeline D. Coleman